# Court of Appeals
# of the State of Georgia

ATLANTA,   May 24, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1819.  ANDRE STRICKLAND et al. v. WELLS FARGO BANK, N. A., INC.**

Andre and Patricia Strickland sued GMAC Mortgage, LLC, Mortgage Lenders Network, USA, and Wells Fargo Bank, N. A., Inc., alleging claims based upon predatory lending practices.  On March 19, 2013, the trial court entered one order granting Wells Fargo's motion to dismiss and another order staying the case against GMAC pending bankruptcy proceedings. The Stricklands seek to appeal the order granting Wells Fargo's motion to dismiss. We lack jurisdiction.

When multiple parties are involved, the trial court may direct entry of a final judgment as to one or more but fewer than all the parties "only upon an express determination that there is no just reason for delay and upon an express direction for the entry of judgment."  OCGA § 9-11-54 (b).  In this case, it appears that claims remain pending against both GMAC and Mortgage Lenders Network.  Although the claims against GMAC have been stayed, GMAC remains a defendant.

Because the order the Stricklands seek to appeal does not reference OCGA § 9-11-54 (b) or make an express determination that there is no just reason for delay, the order cannot be viewed as final. *Hadid v. Beals*, 233 Ga. App. 5, 6 (502 SE2d 798) (1998).  To appeal, therefore, the Stricklands were required to follow the interlocutory review procedures in OCGA § 5-6-34 (b).  Their failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED as premature.  Id.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/24/2013
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*